

DISMISS: Opinion filed September 6, 2012.



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

No. 05-12-00956-CV
_____

LEGACY VILLAGE LIMITED PARTNERSHIP, LEGACY VILLAGE ONE, L.C.,
LEGACY VILLAGE ASSOCIATES, LTD., SC LEGACY INDEPENDENCE, LTD.,
SC LEGACY INDEPENDENCE ONE, LLC,
L&B REALTY ACQUISITIONS, LLC, AND SPY, INC., Appellants

V.

PROGRESSIVE CHILD CARE SYSTEMS, INC., Appellee

On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-01220-2012

# MEMORANDUM OPINION

Before Justices FitzGerald, Murphy, and Fillmore
Opinion By Justice Fillmore

Before the Court is appellants' motion to dismiss the appeal. Appellants inform the Court

that they no longer desire to pursue the appeal. Accordingly, we grant appellants' motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

ROBERT M. FILLMORE
JUSTICE

120956F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LEGACY VILLAGE LIMITED PARTNERSHIP, LEGACY VILLAGE ONE, L.C., LEGACY VILLAGE ASSOCIATES, LTD., SC LEGACY INDEPENDENCE, LTD., SC LEGACY INDEPENDENCE ONE, LLC, L&B REALTY ACQUISITIONS, LLC, AND SPY, INC., Appellants

No. 05-12-00956-CV          V.

PROGRESSIVE CHILD CARE SYSTEMS, INC., Appellee

Appeal from the 401st Judicial District Court of Collin County, Texas. (Tr.Ct.No. 401-01220-2012).
Opinion delivered by Justice Fillmore, Justices FitzGerald and Murphy, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, Progressive Child Care Systems, Inc., recover its costs of the appeal from appellants, Legacy Village Limited Partnership, Legacy Village One, L.C., Legacy Village Associates, Ltd., SC Legacy Independence, Ltd., SC Legacy Independence One, LLC, L&B Realty Acquisitions, LLC, and Spy, Inc.

Judgment entered September 6, 2012.

ROBERT M. FILLMORE
JUSTICE

# Record Retention Form – Civil Cases

APPELLATE CASE NO:  05-12-00956-CV

STYLE  Legacy Village Limited Partnership, et al. v. Progressive Child Care Systems, Inc.

COUNTY:  Collin

CASE DISPOSITION & DATE:  Dismiss

DESCRIPTION/SUBJECT OF THE CASE : Appeal dismissed on appellants' motion.

RECOMMENDATIONS:   | x | DESTROY      |  | RETAIN (see retention list below)

|  |    Appeal concerning election questions (all).

|  |    Appeal concerning landmark legal opinions,

|  |    Appeal that contains unique information on the area's history or concerning important public figures or events.  List pertinent information above, i.e., person's name, or event, etc.

SIGNED: _____

DATE: ___9/6/12___                    SERIES NO.: _____